UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. **21-cr-03279-BAS** |
|---|---|
| Plaintiff, | 21MJ4283 |
| v. | I N F O R M A T I O N |
| OVIDIU MORARU, | Title 18, U.S.C., Sec. 111 (a)(1) - Assault on a Federal Officer (Felony) |
| Defendant. | |

The Acting United States Attorney charges:

On or about October 24, 2021, within the Southern District of California, defendant OVIDIU MORARU intentionally and forcibly assaulted a person designated in Title 18, United States Code, Section 1114, to wit: Department of Homeland Security, United States Customs and Border Protection Officer M. Goodwin, while Officer M. Goodwin was engaged in and on account of the performance of his official duties; such acts involving physical contact with Officer M. Goodwin; in violation of Title 18, United States Code, Sections 111(a)(1), a felony.

DATED: November 9, 2021.

RANDY S. GROSSMAN
Acting United States Attorney

*Shivanjali A. Sewak*
SHIVANJALI A. SEWAK
Assistant United States Attorney

SAS:lml:11/9/2021